

# THE THIRTEENTH COURT OF APPEALS

13-18-00271-CV

Christine Troiani
v.
Anthony Troiani

On Appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-4275-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART, and the case is REVERSED AND REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant, Christine Troiani and 50% against appellee, Anthony Troiani.

We further order this decision certified below for observance.

October 24, 2019